**George IRELAND, Appellant,**

v.

**Joseph RAYMOND, Appellee.**

Court of Appeals of Kentucky.

Oct. 11, 1974.

David Kaplan and Arthur R. Samuel, Kaplan, Lyon, Brady & Samuel, Louisville, for appellant.

John L. Bennett, Hogan, Taylor, Denzer & Bennett, Louisville, for appellee.

Memorandum Opinion of the Court by Special Commissioner CHARLES R. RICHARDSON, Affirming.*

**Paris HOWARD, Appellant,**

v.

**FORD MOTOR COMPANY, Appellee.**

Court of Appeals of Kentucky.

Oct. 11, 1974.

Robert J. Greene, Perry & Greene, Paintsville, for appellant.

J. K. Wells, Wells & Wells, Paintsville, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**Vernon E. PIERCEALL, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 11, 1974.

Anthony M. Wilhoit, Public Defender, William C. Ayer, Jr., Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Raymond Larson, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

**KENNEDY BOOKSTORE, INC., Appellant,**

v.

**COMMONWEALTH of Kentucky ex rel. John McDowell ROSS, Commissioner of Revenue, Appellees.**

Court of Appeals of Kentucky.

Oct. 11, 1974.

William E. Scent, Keith, Scent, Osborne & Deatherage, Hopkinsville, for appellant.

William S. Riley, Asst. Atty. Gen., Department of Revenue, Legal Staff, William P. Sturm, Department of Revenue, Frankfort, for appellees.

Memorandum Opinion PER CURIAM, Reversing.*

* Opinion ordered not to be published.